# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**DIANE A. PALMER**

              **Plaintiffs,**

      v.                                              5:00-CV-110 (Lead)
                                                         6:07-CV-702 (Member)

**NEW YORK STATE OFFICE**                          (FJS/GHL)
**OF COURT ADMINISTRATION**
**and STATE OF NEW YORK**

              **Defendants.**

_____

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motions for Summary Judgment filed by the New York State Office of Court Administration and the State of New York are GRANTED.  Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 15th day of September, 2010.

DATED: September 15, 2010

*[Signature]*
Clerk of Court

                              s/ Melissa Ennis
                              Melissa Ennis
                              Deputy Clerk